GUS SCLAFANI CORPORATION, Appellant,

v.

VIOLET PACKING COMPANY, Appellee

Violet Packing Company, Appellant,

v.

Gus Sclafani Corporation, Appellee.

No. 02–1351, 02–1352.

United States Court of Appeals, Federal Circuit.

DEICDED: June 27, 2002.

*ORDER*

SCHALL, Circuit Judge.

Violet Packing Company submits a response to this court's May 23, 2002 order regarding whether it can appeal a judgment in its favor. Gus Sclafani Corporation submits a response concerning the briefing schedule.

Violet Packing states that it does not oppose an order dismissing its appeal.

Accordingly,

IT IS ORDERED THAT:

the usual practice of this court to not designate a dismissal as with or without prejudice.

(1) Appeal 02–1352 is dismissed.

(2) The revised official caption in appeal 02–1351 is reflected above.

(3) Gus Sclafani's brief in appeal 02–1351 is due within 30 days of the date of filing of this order.